ACCEPTED
03-14-00105-CR
8107489
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 8:53:26 AM
JEFFREY D. KYLE
CLERK

# COPELAND LAW FIRM

**P.O. Box 399**
**Cedar Park, Texas 78613**
**512.219.8930 (phone/fax)**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/7/2015 8:53:26 AM
JEFFREY D. KYLE
Clerk

**TIM COPELAND***
*(512) 897-8196 mobile/text*
tcopeland14@yahoo.com

*Board Certified - Oil, Gas & Mineral Law*
*Texas Board of Legal Specialization*

**ERIKA COPELAND****
*(512) 897-8126 mobile/text*
ecopeland63@yahoo.com

**Of Counsel*

December 7, 2015

Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711
Via e-filing

> Re: Cause No. 03-14-00105-CR
> (Trial Court No. 70975)(Bell County)
> ***Darrell Wayne Parker* v. *The State of Texas***

Dear Mr. Kyle:

Please be advised that I have complied with Rule 48.4 with regard to giving notification of the Court's opinion in this case to the above-referenced client as well as advised him of his rights with regard to the filing of a petition for discretionary review-- as shown by the enclosed copy of the certified mailing receipt for same.

Very truly yours,

/s/Erika Copeland

Erika Copeland

EC:aw

("1



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

TENNESSEE COLONY, TX 75884

OFFICIAL USE

Certified Mail Fee $3.45

$                          .?

Extra Services & Fees (check box, dd fee aSf ff R'f'(fie)
☐ Rdum Roҫe'.pt \hardcopy)     $ _____
☐ Return Reclpl (ectror.:c)     $ fIJ·UIJ
☐ Certif.ed Ma'l Re$1rided OeS,·eiy $ ·ƗƗ ȻIƗ
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $ ·f0ₐOg.

Postage
$

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4"

PS Form 3800 April 2015 PSN 7530-02-000-9047     See Reverse for

0613
--34
/;<RKPo.s·
.Z̷, Postmark  Φ>,
Hera
DEC -4 2015
FAIR PARK TX 78613